Opinion issued March 21, 2023



In The

# Court of Appeals

For The

## First District of Texas

————————————

### NO. 01-22-00824-CV

————————————

## EUREKA! INVENTING, LLC, Appellant

## V.

## UNIVERSITY OF HOUSTON, Appellee

On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Case No. 2022-42416

## MEMORANDUM OPINION

Appellant, Eureka! Investing, LLC, has filed a motion to dismiss this appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued in this

appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tᴇx. R. Aᴘᴘ.

P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.